IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY MARIE ARIAS DIAZ, | |
|   Plaintiff, | Case No. 2:18-cv-00452-LPL |
| v. | |
| CREDIT MANAGEMENT COMPANY, | Judge Lisa Pupo Lenihan |
|   Defendant. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates to the dismissal of this matter, with prejudice. Each party will bear its own costs.

Respectfully submitted,

/s/ Sean L. Ruppert
Sean L. Ruppert, Esq.
PA ID: 314380
**KRAEMER, MANES
& ASSOCIATES LLC**
US Steel Tower
600 Grant St, Suite 4875
Pittsburgh, PA 15219
412.626.5550 (p)
sr@lawkm.com

*Attorney for Plaintiff*

Dated: November 26, 2018